# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABRICE JEAN DOKOU,** | : | CIVIL ACTION NO. 1:17-CV-2268 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **HARRISBURG POLICE DEPARTMENT**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 19th day of June, 2018, upon consideration of the report (Doc. 5) of Chief Magistrate Judge Susan E. Schwab, issued after comprehensive review of the complaint (Doc. 1) of *pro se* plaintiff Fabrice Jean Dokou ("Dokou") pursuant to 28 U.S.C. § 1915(e)(2)(B), wherein Judge Schwab recommends that the court dismiss Dokou's complaint for failure to state a claim for which relief may be granted, and it appearing that Dokou has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d t 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear

error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of the record, the court being in full agreement with Judge Schwab's recommendation, and concluding that there is no clear error on the face of the record, and further concluding that dismissal without leave to amend is appropriate in light of Judge Schwab's prior order (Doc. 4) dated February 27, 2018 advising Dokou of the deficiencies in his complaint (Doc. 1) and granting him leave to file an amended pleading, see Grayson v. Mayview State Hosp., 293 F.3d 103, 114 (3d Cir. 2002), it is hereby ORDERED that:

1. The report (Doc. 5) of Chief Magistrate Judge Schwab is ADOPTED.

2. Dokou's complaint (Doc. 1) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania